BRYAN SCHRODER
United States Attorney

KYLE REARDON
ANNE J. VELDHUIS
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov
      anne.veldhuis@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) POSSESSION OF A CONTROLLED |
| v. | ) SUBSTANCE WITH INTENT TO |
| | ) DISTRIBUTE |
| DAVON LYNN SMITH, | )  Vio. of 21 U.S.C. § 841(a)(1), |
| a/k/a "Drizzy," | )  (b)(1)(C) |
| | ) |
| Defendant. | ) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

//

//

//

## COUNT 1

On or about May 13, 2019, within the District of Alaska, the defendant, DAVON LYNN SMITH, a/k/a "Drizzy," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before DAVON LYNN SMITH, a/k/a "Drizzy," committed the offense charged in Count 1, the defendant had a final conviction for Drug Conspiracy, in violation of 18 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C), case number 3:16-cr-00049-SLG, a serious drug felony, for which he served more than 12 months of imprisonment and for which his

//

//

//

//

//

//

//

//

//

//

release from any term of imprisonment related to that offense was within 15 years of the commencement of the instant offenses.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Kyle Reardon
KYLE REARDON
ANNE J. VELDHUIS
Assistant U.S. Attorneys
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:  05/21/2019