UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVON LYNN SMITH,<br><br>　　　　　Defendant. | No. 3:19-cr-00056-JMK-DMS<br><br>**ORDER GRANTING<br>MOTION TO QUASH**<br>**[Doc. 137]** |

　　　Having reviewed the criminal records and juvenile records of MV1 *in camera,* the Court found no discoverable material. The Motion to Quash Subpoena Request (Doc. 137) filed by MV1's counsel is GRANTED.

　　　DATED this 31st day of December, 2020 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　*s/Deborah M. Smith*
　　　　　　　　　　　　　　　　　　　CHIEF U.S. MAGISTRATE JUDGE