BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:19-cr-00056-JMK-DMS ) |
| DAVON LYNN SMITH, a/k/a "Drizzy," | ) ) |
| Defendant. | ) ) ) |

**UNITED STATES' NOTICE OF NO OBJECTIONS
TO THE REPORT AND RECOMMENDATION TO DENY DEFENSE MOTION
TO DISMISS FOR VIOLATION OF THE DEFENDANT'S SPEEDY TRIAL**

Comes now the United States of America, and hereby files this notice that it does not have any objections to the Magistrate Judge's Final Report and Recommendation to Deny Defendant's Motion to Dismiss for Violation of the Defendant's Speedy Trial Right.

The United States respectfully asks the Court to deny the defendants' motion to dismiss.

RESPECTFULLY SUBMITTED April 6, 2021, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

*s/ Kyle Reardon*
KYLE REARDON
Assistant United States Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on April 6, 2021, a copy of the foregoing was served electronically on:

Greg Heritage, Esq.

*s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney
United States of America

*United States v. Swain*
3:19-cr-00056-JMK-DMS				Page 2 of 2
Case 3:19-cr-00056-JMK-DMS   Document 212   Filed 04/07/21   Page 2 of 2