
HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
Alaska Bar No. 0712107
P.O. Box 110796
Anchorage, Alaska 99511-0796
(907) 222-2584/Fax 222-3056
E-mail: greg@heritagelawak.com
Attorney for Defendant Davon Lynn Smith

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br>DAVON LYNN SMITH,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00056-JMK-DMS |

### DECLARATION OF ATTORNEY GREGORY M. HERITAGE

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　) ss
MUNICIPALITY OF ANCHORAGE)

　　I, GREGORY M. HERITAGE, affirm under penalty of perjury that the following assertions are true of my own personal knowledge:

1. I am an attorney duly licensed to practice law in the State of Alaska.

2. I represent Defendant in the case listed above.

3. I believe this Motion is necessary because the trial is imminent but the government suddenly filed Notice of an expert witness while refusing to provide any expert

report.  This extremely late notice of an expert violates Court rules and Defendant's right to due process.

Dated this 5th day of July, 2021

//GMH//

GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 7/5/2021, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

//GMH//

Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 110796 • Anchorage, Alaska 99511-0796
Phone: (907) 222-2584 • Fax: (907) 222-3056
Email: greg@heritagelawak.com