IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVON LYNN SMITH,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00056-JMK<br><br>**VERDICT FORM** |

### VERDICT FORM 1

We the Jury find the Defendant, DAVON LYNN SMITH,

_____　　　　　　　　　　　　　　　　　　　　　　　X
*Not Guilty*　　　　　　　　　　　　　　　　　　　　　*Guilty*

of the crime of possession of heroin with intent to distribute, as charged in Count 1 of the Superseding Indictment.

DATED 8/3/21 at Anchorage, Alaska.

REDACTED SIGNATURE
_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVON LYNN SMITH,

    Defendant.

Case No. 3:19-cr-00056-JMK

**VERDICT FORM**

### VERDICT FORM 2.1

We the Jury find the Defendant, DAVON LYNN SMITH,

_____
*Not Guilty*

    X
_____
*Guilty*

of the crime of sex trafficking of a minor, as charged in Count 2 of the Superseding Indictment. We unanimously find that the Defendant, DAVON LYNN SMITH, had a reasonable opportunity to observe Minor Victim, or knew or recklessly disregarded that the person identified as Minor Victim 1 had not attained the age of 18 years, and would be caused to engage in a commercial sex act.

DATED __8/3/21__ at Anchorage, Alaska.

REDACTED SIGNATURE
_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVON LYNN SMITH,<br><br>　　　　Defendant. | Case No. 3:19-cr-00056-JMK<br><br>**VERDICT FORM** |

**VERDICT FORM 2.2**

We the Jury find the Defendant, DAVON LYNN SMITH,

_____　　　　　　　　　　　　　　　　　X
*Not Guilty*　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Guilty*

of the crime of sex trafficking of a minor, as charged in Count 2 of the Superseding Indictment. We unanimously find that the Defendant, DAVON LYNN SMITH, knew or recklessly disregarded the fact that means of force, threats of force, fraud, coercion or any combination of such means would be used to cause Minor Victim 1 to engage in a commercial sex act.

DATED 8/3/21 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　REDACTED SIGNATURE
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVON LYNN SMITH,

    Defendant.

Case No. 3:19-cr-00056-JMK

**VERDICT FORM**

### VERDICT FORM 3.1

We the Jury find the Defendant, DAVON LYNN SMITH,

__X__ Not Guilty                  ____ Guilty

of the crime of participating in a sex trafficking venture, as charged in Count 3 of the Superseding Indictment. We unanimously find that the Defendant, DAVON LYNN SMITH knew or recklessly disregarded that the person identified as Minor Victim 1 had not attained the age of 18 years, and would be caused to engage in a commercial sex act.

DATED __8/3/21__ at Anchorage, Alaska.

REDACTED SIGNATURE
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVON LYNN SMITH,

    Defendant.

Case No. 3:19-cr-00056-JMK

**VERDICT FORM**

## VERDICT FORM 3.2

We the Jury find the Defendant, DAVON LYNN SMITH,

_____                                                                 X
*Not Guilty*                                                          *Guilty*

of the crime of participating in a sex trafficking venture, as charged in Count 3 of the Superseding Indictment. We unanimously find that the Defendant, DAVON LYNN SMITH, knew or recklessly disregarded the fact that means of force, threats of force, fraud, coercion or any combination of such means would be used to cause Minor Victim 1 to engage in a commercial sex act.

DATED 8/3/21 at Anchorage, Alaska.

                                                                                    REDACTED SIGNATURE
                                                                                               FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVON LYNN SMITH,

        Defendant.

Case No. 3:19-cr-00056-JMK

**VERDICT FORM**

### VERDICT FORM 4

We the Jury find the Defendant, DAVON LYNN SMITH,

_____
*Not Guilty*

                                                                             X
                                                                        *Guilty*

of the crime of sex trafficking of P.C. by force, threats of force, fraud, or coercion, as charged in Count 4 of the Superseding Indictment.

DATED 8/3/21 at Anchorage, Alaska.

                                                                       REDACTED SIGNATURE
                                                                              FOREPERSON